[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 12-12953

---

D.C. Docket Nos. 5:09-cv-00163-WTH-TBS,
8:92-cr-00330-JDW

SEDRICK LATROY MCKINNEY,

Petitioner-Appellant,

versus

WARDEN, FCC COLEMAN - MEDIUM,

Respondent-Appellee.

---

Appeal from the United States District Court
for the Middle District of Florida

---

(April 11, 2014)

Before HULL and MARTIN, Circuit Judges, and BOWEN,[*] District Judge.

HULL, Circuit Judge:

---

[*]Honorable Dudley H. Bowen, Jr., United States District Judge for the Southern District of Georgia, sitting by designation.

Petitioner Sedrick McKinney appeals the district court's denial of his 28 U.S.C. § 2241 habeas petition, which he attempted to bring pursuant to the "savings clause" in 28 U.S.C. § 2255(e).  In 1993, McKinney was sentenced to 262 months imprisonment for violating 18 U.S.C. § 922(g).  In October 2012, McKinney finished serving his full 262-month federal term of imprisonment, was released from custody, and is now serving his five years' of supervised release. McKinney asks that his supervised release be terminated.

After review of the record, the briefs of the parties and the amicus, and having the benefit of oral argument, we affirm the district court's denial of McKinney's § 2241 petition.

**AFFIRMED**.